**Electronically Filed**
**Supreme Court**
**SCPW-12-0001033**
**24-JAN-2013**
**10:34 AM**

SCPW-12-0001033

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JASON HESTER, as Successor Overseer of the
Office of Over/For the Popular Assembly of
Revitalize, A Gospel of Believers,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

LEONARD G. HOROWITZ, JACQUELINE LINDENBACH
HOROWITZ, and THE ROYAL BLOODLINE OF DAVID,
Petitioners/Defendants-Counterclaimants-Appellants.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Trader, in place of Recktenwald, C.J., recused)

Upon consideration of petitioner Leonard G. Horowitz's petition for a writ of mandamus, which was filed on November 21, 2012, the documents attached thereto and submitted in support thereof, and the record, it appears that the relief petitioner seeks is not subject to a writ of mandamus. Petitioner is appealing the circuit court's damage award and can seek relief through separate court proceedings, as appropriate. Petitioner, therefore, is not entitled to mandamus relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a

writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 24, 2013.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rom A. Trader



2